IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

LEANN AND KELVIN BOWEN, )
)
    Plaintiffs, )
)
v. ) No. 04-2298 Ml/An
)
WYETH, INC. f/k/a American Home )
Products Corporation, )
)
    Defendant. )
)

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on the parties' notice of voluntary non-suit,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal, entered December 15, 2005, this case is DISMISSED without prejudice.

APPROVED:

_____
JON P. McCALLA
UNITED STATES DISTRICT COURT

Dec. 15, 2005
Date

THOMAS M. GOULD
Clerk of Court

(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-16-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:04-CV-02298 was distributed by fax, mail, or direct printing on December 16, 2005 to the parties listed.

---

Samuel L. Felker
BASS BERRY & SIMS PLC
315 Deaderick Street
Ste. 2700
Nashville, TN 37238--000

Jennifer M. Eberle
BASS BERRY & SIMS PLC
100 Peabody Place
Ste. 900
Memphis, TN 38103

Levi Boone
BOONE LAW FIRM, P.A.
P.O. Box 1772
Cleveland, MS 38732

Eric Alexander
ARNOLD & PORTER
555 Twelfth St., N.W.
Washington, DC 20005

Darren Nicholson
ARNOLD & PORTER
555 Twelfth St., N.W.
Washington, DC 20005

Honorable Jon McCalla
US DISTRICT COURT